ACCEPTED
03-14-00302-CV
4695742
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/30/2015 3:03:00 PM
JEFFREY D. KYLE
CLERK



**KEN PAXTON**

ATTORNEY GENERAL OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

3/30/2015 3:03:00 PM

JEFFREY D. KYLE
Clerk

March 30, 2015

Jeffrey D. Kyle, Clerk                                     *Electronic Filing*
Third Court of Appeals
Price Daniel, Sr. Building
209 West 14th Street, Room 101
Austin, Texas 78701

Re:     Notification of Argument; No. 03-14-00302-CV;
        *The Railroad Commission of Texas; CenterPoint Energy Resources Corp., d/b/a
        CenterPoint Energy Entex; and CenterPoint Energy Texas Gas v. Gulf Coast Coalition
        of Cities*

Dear Mr. Kyle:

This acknowledges receipt of your letter dated March 24, 2015, giving notice this appeal
will be submitted on May 20, 2015 at 1:30 p.m.  I will appear and argue on behalf of
Appellant, the Railroad Commission of Texas.

                              Regards,

                              /s/ *Kellie E. Billings-Ray*
                              Kellie E. Billings-Ray
                              Assistant Attorney General
                              P.O. Box 12548, MC-066
                              Austin, Texas 78711-2548
                              (512) 463-2012

cc.     John Griffin, Railroad Commission
        Dane McKaughan
        Christopher L. Brewster